KENT J. SCHMIDT (SBN 195969)
schmidt.kent@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

CREIGHTON R. MAGID (admitted *pro hac vice*)
magid.chip@dorsey.com
DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 442-3555
Facsimile: (202) 442-3199

Attorneys for Defendant SAZERAC
COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MCKAY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAZERAC COMPANY, INC.,<br><br>Defendant. | Case No. 23-cv-00522-EMC<br><br>Judge: Hon. Edward M. Chen<br><br>**DEFENDANT SAZERAC COMPANY, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>Complaint Filed: February 6, 2023<br>Trial Date: None Set |

/ / /

/ / /

/ / /

/ / /

Although Defendant Sazerac Company, Inc. ("Sazerac") opposes Plaintiff Christopher McKay's proposed First Amended Class Action Complaint on the merits, Sazerac does not oppose Plaintiff McKay's motion for leave to file the proposed First Amended Class Action Complaint. Sazerac previously consented to Plaintiff McKay's request for additional time to file his motion for leave, and would have confirmed its non-opposition to the motion for leave to amend prior to filing had Defendant understood that Plaintiff intended to file the motion imminently.

Respectfully submitted,

DATED: December 29, 2023    **DORSEY & WHITNEY LLP**

By: ___/s/ Kent J. Schmidt___
    KENT J. SCHMIDT
    CREIGHTON R. MAGID

Attorneys for Defendant SAZERAC COMPANY, INC.

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Christopher McKay v. Sazerac Company, Inc.*
*Northern District of California Case Number 3:23-cv-00522-EMC*

**DEFENDANT SAZERAC COMPANY, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

I hereby certify that on December 29, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be automatically served by the CM/ECF system.

Dated: December 29, 2023        DORSEY & WHITNEY LLP

                                By:    */s/ Kent J. Schmidt*
                                       Kent J. Schmidt