UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MCKAY,<br><br>        Plaintiff,<br><br>    v.<br><br>SAZERAC COMPANY, INC.,<br><br>        Defendant. | Case No. 23-cv-00522-EMC   (EMC)<br><br>**ORDER GRANTING MOTION TO AMEND/CORRECT COMPLAINT**<br><br>Docket No. 44 |

In consideration of the filings and in light of Defendant's statement of non-opposition to Plaintiff's Motion to Amend/Correct Complaint, Docket No. 45 the Court hereby **GRANTS** Plaintiff's motion.

**IT IS SO ORDERED**.

Dated: January 10, 2024

_____
EDWARD M. CHEN
United States District Judge