**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
MARIE A. MCCRARY (State Bar No. 262670)
marie@gutridesafier.com
RAJIV V. THAIRANI (State Bar No. 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER MCKAY, TERRY MYERS, and DAWN OUTLAW, as individuals, on behalf of themselves, the general public, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAZERAC COMPANY, INC., <br><br> Defendant. | Case No.: 23-cv-00522-EMC <br><br> Hon. Edward M. Chen <br><br> **DECLARATION OF DAWN OUTLAW** |

I, Dawn Outlaw, hereby declare as follows:

1.      I have personal knowledge of the facts stated herein and, if called upon to testify, I could and would competently do so.

2.      I purchased Fireball Malt from Chevron gas stations in Redding, California and Valero gas stations in Pacheco, California between January 11, 2021 and the present. Prior to making the purchases, I was generally familiar with the label of Fireball Whisky.

3.      I made my purchases in reliance on the Fireball Malt label. Based on the labeling of the bottles, I falsely believed that I was purchasing a full single serving of Fireball Whisky, when I was instead purchasing a one-sixth serving of Fireball Malt. Because I believed that the products I purchased were Fireball Whisky, I believed that they had the attributes of Fireball Whisky. That is, I incorrectly believed that the Fireball Malt that I purchased was whisky-based and had the alcohol content of a single serving of whisky.

4.      I would not have purchased Fireball Malt, or at a minimum, would have paid less for Fireball Malt had I known that it was a malt-based beverage with half the alcohol content of Fireball Whisky.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 5/15/2024

DocuSigned by:

*Dawn Outlaw*

54225A9971B5425

Dawn Outlaw